CHARLES L. ANDREWS, Respondent, v. TRAVELERS INSURANCE COMPANY, Appellant.—

All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO DIVITO, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

All concur.